**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

> **DGL GROUP LTD**
>
> **Plaintiff,**
>
> **v.**
>
> **UNITED STATES,**
>
> **Defendant.**

**S U M M O N S**

**Court No.  26-02848**

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Long Beach, CA | Center (if known): | CEE007 |
| Protest Number: | 2704-25-173122 | Date Protest Filed: | 07-29-2025 |
| Importer: | DGL GROUP LTD | Date Protest Denied: | 10-23-2025 |
| Category of Merchandise: | Scooters | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 98F00856003 | 09/28/2023 | 01/31/2025 | | | |
| 98F00838340 | 08/01/2023 | 01/31/2025 | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
JSpraragen@GDLSK.COM
212-557-4000

Name, Firm, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Scooters | 8711.60.0090 HTS 9903.88.02 | FREE 25% | 8711.60.0090 HTS 9903.88.17 | FREE 0% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the imported merchandise is specifically provided for under one of the claimed provisions.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
_____
*Signature of Plaintiff's Attorney*

April 21, 2026
_____
*Date*